UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------x
AVROHOM WOLOWIK,

    Plaintiff,

vs.

CONTROL CREDIT MANAGEMENT, Inc.
FIRST ASSURANCE, AND
T-MOBILE,

    Defendants.
-----------------------------------------x

Rule 7.1 Statement

ROBINSON

07 CIV. 7130

FILED
2007 AUG 10 A 10:54
S.D. OF N.Y.W.P.
U.S. DISTRICT COURT

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Avrohom Wolowik (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:
N/A

DATED: August 6, 2007
       Spring Valley, NY

_____/s/_____
Law Office of Shmuel Klein, PC

12