UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X     **07-CV-7130**

AVROHOM WOLOWIK,

                Plaintiff,

   -against-                                RULE 7.1
                                                 DISCLOSURE

CONTROL CREDIT MANAGEMENT, INC.
FIRST ASSURANCE, AND
T-MOBILE,
                Defendants.

- - - - - - - - - - - - - - - - - - X


      Defendant, CONTROL CREDIT MANAGEMENT, INC., by its attorney, Arthur Sanders, alleges it has no publicly traded parent companies.


Dated:   Spring Valley, New York
        October 1, 2007


                                        _/S/_____
                                        ARTHUR SANDERS, ESQ. (AS-1210)
                                        Attorney for defendant, CONTROL
                                         CREDIT MANAGEMENT, INC.
                                        2 Perlman Drive - Suite 301
                                        Spring Valley NY 10977-5230
                                        845-352-7272

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2007 the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and or the Southern District's Rules On Electronic Service upon the following parties and participants:

Schmuel Klein, Esq.

/S/_____
ARTHUR SANDERS