UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X          **07-CV- 7130**

AVROHOM WOLOWIK,

                Plaintiff,

   -against-          ANSWER TO
                                               COMPLAINT

CONTROL CREDIT MANAGEMENT, INC.
FIRST ASSURANCE, AND
T-MOBILE,
                Defendants

- - - - - - - - - - - - - - - - - X

     Defendant, CONTROL CREDIT MANAGEMENT, INC., by its attorney Arthur Sanders, as and for its answer to the complaint of plaintiff, alleges as follows:

     1.   Defendant denies knowledge or information sufficient to form a belief with respect to the truth of the allegation contained in Paragraph "1" of the Complaint.

     2.   Defendant admits that the Court has jurisdiction over of this matter but otherwise denies the allegation contained in Paragraph "2" of the Complaint.

     3.   Defendant denies knowledge or information sufficient to form a belief with respect to the allegation contained in Paragraph "3" of the Complaint.

4. Defendant denies knowledge or information sufficient to form a belief with respect to the truth of the allegation contained in Paragraph "4" of the Complaint.

5. Defendant admits the allegation contained in Paragraph "5" of the Complaint.

6. Defendant denies knowledge or information sufficient to form a belief with respect to the allegation contained in Paragraph "6" of the Complaint.

7. Defendant denies knowledge or information sufficient to form a belief with respect to the allegation contained in Paragraph "7" of the Complaint.

8. Defendant denies knowledge or information sufficient to form a belief with respect to the allegation contained in Paragraph "8" of the Complaint.

9. Defendant denies knowledge or information sufficient to form a belief with respect to the allegation contained in Paragraph "9" of the Complaint and all of its sub-parts.

10. Defendant denies knowledge or information sufficient to form a belief with respect to the allegation contained in Paragraph "10" of the Complaint.

11. Defendant denies knowledge or information sufficient to form a belief with respect to the allegation contained in Paragraph "10" of the Complaint.

12. Defendant denies knowledge or information sufficient to form a belief with respect to the allegation contained in Paragraph "10" of the Complaint.

13. Defendant denies knowledge or information sufficient to form a belief with respect to the allegation contained in Paragraph "10" of the Complaint.

14. Defendant denies knowledge or information sufficient to form a belief with respect to the allegation contained in Paragraph "10" of the Complaint.

15. Defendant denies knowledge or information sufficient to form a belief with respect to the allegation contained in Paragraph "15" of the Complaint.

16. Defendant denies knowledge or information sufficient to form a belief with respect to the allegation contained in Paragraph "16" of the Complaint.

17. Defendant denies knowledge or information sufficient to form a belief with respect to the allegation contained in Paragraph "17" of the Complaint.

18. Defendant denies knowledge or information sufficient to form a belief with respect to the allegation contained in Paragraph "18" of the Complaint.

19. Defendant denies knowledge or information sufficient to form a belief with respect to the allegation contained in Paragraph "19" of the Complaint.

20. Defendant denies knowledge or information sufficient to form a belief with respect to the truth of the allegation contained in Paragraph "20" of the Complaint.

21. Defendant denies knowledge or information sufficient to form a belief with respect to the allegation contained in Paragraph "21" of the Complaint.

22. Defendant denies knowledge or information sufficient to form a belief with respect to the date plaintiff received letter, but otherwise denies the allegation contained in Paragraph "22" of the Complaint.

23. Defendant denies knowledge or information sufficient to form a belief with respect to the allegation contained in Paragraph "23" of the Complaint.

24. Defendant denies knowledge or information sufficient to form a belief with respect to the allegation contained in Paragraph "24" of the Complaint.

25. Defendant denies knowledge or information sufficient to form a belief with respect to the allegation contained in Paragraph "25" of the Complaint.

26. Defendant denies the allegation contained in Paragraph "26" of the Complaint.

27. Defendant denies the allegation contained in Paragraph "27" of the Complaint.

28. Defendant denies the allegation contained in Paragraph "28" of the Complaint.

29. Defendant denies the allegation contained in Paragraph "29" of the Complaint.

30. Defendant denies the allegation contained in Paragraph "30" of the Complaint.

31. Defendant denies the allegation contained in Paragraph "31" of the Complaint.

32. Defendant denies the allegation contained in Paragraph "32" of the Complaint.

33. Defendant denies knowledge or information sufficient to form a belief with respect to the allegation contained in Paragraph "33" of the Complaint.

34. Defendant denies the allegation contained in Paragraph "34" of the Complaint.

35. Defendant denies knowledge or information sufficient to form a belief with respect to the allegation contained in Paragraph "35" of the Complaint.

36. Defendant denies the allegation contained in Paragraph "36" of the Complaint.

37. Defendant denies the allegation contained in Paragraph "37" of the Complaint.

38. Defendant denies the allegation contained in Paragraph "38" of the Complaint.

39. Defendant denies the allegation contained in Paragraph "39" of the Complaint.

40. Defendant denies the allegation contained in Paragraph "40" of the Complaint.

41. Defendant denies the allegation contained in Paragraph "41" of the Complaint.

42. Defendant denies the allegation contained in Paragraph "42" of the Complaint.

43. Defendant denies the allegation contained in Paragraph "43" of the Complaint.

44. Defendant denies the allegation contained in Paragraph "44" of the Complaint.

45. Defendant denies the allegation contained in Paragraph "45" of the Complaint.

46. Defendant denies the allegation contained in Paragraph "46" of the Complaint.

47. Defendant denies the allegation contained in Paragraph "47" of the Complaint.

48. Defendant denies knowledge or information sufficient to form a belief with respect to the allegation contained in Paragraph "48" of the Complaint.

49. Defendant denies the allegation contained in Paragraph "49" of the Complaint.

50.   Defendant denies the allegation contained in Paragraph "50" of the Complaint.

51.   Defendant denies the allegation contained in Paragraph "51" of the Complaint.

52.   Defendant denies knowledge or information sufficient to form a belief with respect to the allegation contained in Paragraph "52" of the Complaint.

53.   Defendant denies the allegation contained in Paragraph "53" of the Complaint.

54.   Defendant denies the allegation contained in Paragraph "54" of the Complaint.

55.   Defendant denies the allegation contained in Paragraph "55" of the Complaint.

56.   Defendant denies the allegation contained in Paragraph "56" of the Complaint.

57.   Defendant denies knowledge or information sufficient to form a belief with respect to the allegation contained in Paragraph "57" of the Complaint.

58.   Defendant denies the allegation contained in Paragraph "58" of the Complaint.

59.   Defendant denies the allegation contained in Paragraph "59" of the Complaint.

60.   Defendant denies the allegation contained in Paragraph "60" of the Complaint.

61.  Defendant denies the allegation contained in Paragraph "61" of the Complaint.

WHEREFORE, defendant, CONTROL CREDIT MANAGEMENT, INC., requests Judgment dismissing the complaint with prejudice and denying all requested relief therein, together with such other and further relief as the Court deems just and proper, including costs and reasonable attorneys' fees.

Dated:   Spring Valley, New York
         October 1, 2007

                                    _/S/_____
                                    ARTHUR SANDERS, ESQ. (AS-1210)
                                    Attorney for defendant, CONTOL
                                     CREDIT MANAGEMENT, INC.
                                    2 Perlman Drive – Suite 301
                                    Spring Valley NY 10977-5230
                                    845-352-7272


TO:  SCHMUEL KLEIN, ESQ.
     Attorney for plaintiff
     268 Route 59 West
     Spring Valley NY 10977

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2007 the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and or the Southern District's Rules On Electronic Service upon the following parties and participants:

Schmuel Klein, Esq.

_/S/_____
ARTHUR SANDERS