# Law Office of Shmuel Klein, PC

Attorneys and Counselors at Law

**268 West Route 59**                                                          **113 Cedarhill Ave.**
**Spring Valley, NY  10977**                                                   **Mahwah, NJ 07430**
**845-425-2510**                                                               **201-529-3411**
Federal Court Only                                                             State  & Federal Court
E-mail-shmuel.klein@verizon.net


November 13, 2007


Honorable Judge Charles L. Brieant
United States Courthouse
300 Quarropas St., Room 275
White Plains, NY 10601


       Re:         Avrohom Wolowik v. Control Credit Management et al.
       Case No.:    07-CV-7130


Dear Judge Brieant,

    This letter is pursuant to your Order for a Status Report in the above referenced case. Plaintiff respectfully informs the Court that Defendant First Revenue Assurance has settled out of the case, and the case against First Revenue Assurance will be dismissed. Defendant Control Credit Management, Inc. has waived service and filed an Answer to the Complaint. Defendant T-Mobile has returned its executed waiver. T-Mobile's answer was due by 11/12/2007, and was not received by Plaintiff as of the date of this letter.


Respectfully,


    /s/
Shmuel Klein
/za

cc:    Arthur Sanders, Esq.
       2 Perlman Drive, Suite 301
       Spring Valley, NY 10977

       John P. Schlamp
       Corporate Counsel
       T-mobile
       4 Sylvan Way
       Parsippany, NJ 07054

Irvin Borenstein
3025 South Parker Road, Suite 711
Aurora, CO 80014