UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
AVROHOM WOLOWIK,                              :    07 Civ.7130
                                              :    (CLB)
                                              :
         Plaintiff,                           :    **RULE 7.1 STATEMENT**
                                              :
                                              :
         -against-                             :
                                              :
CONTROL CREDIT MANAGEMENT,                    :
INC., FIRST ASSURANCE and                     :
T-MOBILE                                      :
                                              :
         Defendants.                           :
                                              :
------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1, defendant T-Mobile USA Inc., states that its parent company is Deutsche Telecom AG, a publicly traded company that owns, through certain wholly owned, non-public subsidiary entities, more than 10% of the stock of T-Mobile. No other publicly traded company owns 10 percent or more of T-Mobile's stock.

Dated: November 13, 2007
       New York, New York

                                   LAW OFFICES OF MARC A. RAPAPORT

                                   By: _____
                                       Marc A. Rapaport (MR 5775)
                                       350 Fifth Avenue, Suite 4400
                                       New York, New York 10118
                                       (212) 382-1600

                                   Attorneys for Defendant T-Mobile, USA,
                                   Inc.

1