**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------x
AVROHOM WOLOWIK,
          Plaintiff,

                                        NOTICE OF DISMISSAL

    v.

CONTROL CREDIT MANAGEMENT, Inc.
FIRST ASSURANCE, AND                  CIVIL ACTION NO: 07-7130
T-MOBILE,
     Defendant.
------------------------------------------------x


Upon settlement between Plaintiff and FIRST ASSURANCE, Plaintiff, AVROHOM WOLOWIK,

by counsel, The Law Office of Shmuel Klein, PC, hereby voluntarily dismisses this action against

Defendant FIRST ASSURANCE **only**, pursuant to Federal Rules Of Civil Procedure.

DATED: November 13, 2007
Spring Valley, NY                        _____/s/_____
                                            Shmuel Klein (SK 7212)
                                            Law Office of Shmuel Klein, PC
                                            Attorneys for Plaintiff
                                            268 Rt59
                                            Spring Valley, NY  10977
                                            (845) 425-2510