# Law Office of Shmuel Klein, PC
Attorneys and Counselors at Law

268 West Route 59  
Spring Valley, NY 10977  
845-425-2510  
Federal Court Only  
E-mail-shmuel.klein@verizon.net

113 Cedarhill Ave.  
Mahwah, NJ 07430  
201-529-3411  
State & Federal Court

**MEMO ENDORSED**

November 13, 2007

Honorable Judge Charles L. Brieant  
United States Courthouse  
300 Quarropas St., Room 275  
White Plains, NY 10601

*[Handwritten endorsement: A status conference is scheduled before this Court on January 18, 2008 at 9:00 AM — So Ordered. Charles L. Brieant, Nov. 27, 2007, USDJ]*

Re:      Avrohom Wolowik v. Control Credit Management et al.  
Case No.:   07-CV-7130

Dear Judge Brieant,

This letter is pursuant to your Order for a Status Report in the above referenced case. Plaintiff respectfully informs the Court that Defendant First Revenue Assurance has settled out of the case, and the case against First Revenue Assurance will be dismissed. Defendant Control Credit Management, Inc. has waived service and filed an Answer to the Complaint. Defendant T-Mobile has returned its executed waiver. T-Mobile's answer was due by 11/12/2007, and was not received by Plaintiff as of the date of this letter.

Respectfully,

/s/ *[signature]*  
Shmuel Klein  
/za

cc:     Arthur Sanders, Esq.  
        2 Perlman Drive, Suite 301  
        Spring Valley, NY 10977

        John P. Schlamp  
        Corporate Counsel  
        T-mobile  
        4 Sylvan Way  
        Parsippany, NJ 07054

        Irvin Borenstein  
        3025 South Parker Road, Suite 711  
        Aurora, CO 80014