UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
AVROHOM WOLOWIK

         Petitioner,

  -against-

CONTROL CREDIT MANAGEMENT, INC.,
FIRST ASSURANCE, AND T-MOBILE
         Respondents.
---------------------------------X

\#_____

07 Civ. 7130 (CLB)
JUDGMENT

      Whereas the above entitled action having been assigned to the Honorable Charles L. Brieant, U.S.D.J., and the Court thereafter on January 18, 2008, in open court, having discontinued this action with prejudice and without costs, it is,

         **ORDERED, ADJUDGED AND DECREED:** that this action is hereby discontinued with prejudice and without costs and the case is hereby closed.

**Dated: White Plains, N.Y.**
      **January 24, 2008**

                                                Clerk of Court - J. Michael McMahon

**ENTERED AS A JUDGMENT ON: 01/24/2008**

I:\JUDGMENT\WOLOWIK.130.wpd